Jennifer Chang, Esq. (JC5716)
**KROLL HEINEMAN PTASIEWICZ & PARSONS**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, ) ) ) | Hon. |
| ) | Civil Action No. 23- 3522 |
| Petitioners, ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **ORDER CONFIRMING** |
| IMPACT CONTRACTING LLC, ) | **ARBITRATION AWARD** |
| ) | |
| Respondent. ) | |

**THIS MATTER** having come before the Court by Kroll Heineman Ptasiewicz & Parsons (Jennifer Chang, Esq., appearing) attorneys for Petitioners, pursuant to a Petition to Confirm the Arbitration Award; this Court having fully considered the moving and opposition papers submitted by the parties, as well as the arguments of counsel, if any, and for good and sufficient cause shown;

**IT IS** on this 7th day of August 2023,

**ORDERED, ADJUDGED, AND DECREED** that the Opinion and Award of April 25, 2023 shall and are hereby CONFIRMED.

Renée Marie Bumb
Chief District Judge