Jennifer Chang, Esq. (JC5716)
**KROLL HEINEMAN PTASIEWICZ & PARSONS**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Hon. |
| | Civil Action No. 23-3522 |
| Petitioners, | **CIVIL ACTION** |
| v. | **JUDGMENT** |
| IMPACT CONTRACTING LLC, | |
| Respondent. | |

**THIS MATTER** having come before the Court by Kroll Heineman Ptasiewicz & Parsons (Jennifer Chang, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

**IT IS** on this 7th day of August, 2023,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent Impact Contracting LLC, the sum of $39,628.35, plus court's filing fee in the amount of $402.00.

Renée Marie Bumb
Chief District Judge